UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT FORT CAMPBELL

UNITED STATES OF AMERICA

v.

ASHLEY M. HOFFMAN

INFORMATION

NO. 5:18mj-187-LLK
18 U.S.C. §13
(T.C.A. 55-10-401)

FILED
VANESSA L. ARMSTRONG, CLERK
AUG 10 2018
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

The United States Attorney charges:

## COUNT 1

On or about the 23d day of February 2018, in the Middle District of Tennessee, at Fort Campbell, Tennessee, within the special maritime and territorial jurisdiction of the United States, ASHLEY M. HOFFMAN, defendant herein, was in physical control of an automobile on a street while under the influence of an intoxicant or while the alcohol concentration in the defendant's blood equaled or exceeded 0.08%.

In violation of Title 18, United States Code, Section 13 (T.C.A. 55-10-401).

DONALD Q. COCHRAN
United States Attorney

BY: _____
RICHARD B. LEIPER
Special Assistant U.S. Attorney

ASHLEY M. HOFFMAN

**PENALTIES**

**COUNT 1**

18 U.S.C. §13 (T.C.A. 55-10-401)

MINIMUM: $350 and 48 hours confinement

MAXIMUM: $1,500 & 11 months and 29 days confinement

SPECIAL ASSESSMENT: $25